FILED

APR 04 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY \_\_\_MLB\_\_\_ DEP CLK

Diane Gebhart

6514 S. Lee Ct.

Centennial, CO 80121

3/24/2025

Dear Eastern District of North Carolina

This is in regard to civil action 7:25-CV-371-BO.

My name is Diane Gebhart, not Diane Gebhardt as mentioned on page 15. Additionally, since my date of birth is 12/9/1940, I am considerably older than anyone pictured. I have never been in Bethesda hospital, I have never been to New York, or North Carolina.

Please remove me from any relation to this complaint.
I have never in my life been in contact with anyone that goes by the following names.

    Nigel Max Edge

    or

    Sean DeBevoise

This complaint has no relationship to me at all.

*Diane Gebhart*